AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Michael Gareth Adams

)
)
)
)
)
)

Case: 1:21-mj-00386
Assigned To : Faruqui, Zia M.
Assign. Date : 4/20/2021
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                     Michael Gareth Adams                     ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment          ❒ Superseding Indictment          ❒ Information          ❒ Superseding Information          ☒ Complaint

❒ Probation Violation Petition          ❒ Supervised Release Violation Petition          ❒ Violation Notice          ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    4/20/2021

2021.04.20 14:27:16
-04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*    4/20/2021    , and the person was arrested on *(date)*    4/22/2021 |
| at *(city and state)*    Alexandria, Virginia    . |
| Date:    5/12/2021 |
| *Arresting officer's signature* |
| *Printed name and title* |