## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-430** |
| **MICHAEL GARETH ADAMS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Sean P. Murphy. AUSA Murphy is substituting for AUSA Vivien J. Cockburn.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              Acting United States Attorney
                              D.C. Bar No. 415793

By:

                              SEAN P. MURPHY
                              Assistant United States Attorney
                              D.C. Bar No. 1187821
                              Torre Chardon, Ste 1201
                              350 Carlos Chardon Avenue
                              San Juan, PR 00918
                              787-766-5656
                              sean.murphy@usdoj.gov

## CERTIFICATE OF SERVICE

On this 26th day of July 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
SEAN P. MURPHY
Assistant United States Attorney