Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.                    Criminal No.       21-430

MICHAEL GARETH ADAMS        Category   A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 6/7/2022 from Judge Timothy J. Kelly to Calendar Committee by direction of the Calendar Committee.

(Defendant is a Fugitive)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:    Judge Timothy J. Kelly    & Courtroom Deputy
       Calendar Committee

       U.S. Attorney's Office – Judiciary Square Building, Room 5133
       Statistical Clerk