AO 442 (Rev 01/09) Arrest Warrant

11266395

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM12:1
RECEIVED JUL 16 '21

| United States of America | ) |
| v. | ) |
|  | ) Case No. 21-CR-430 (TJK) |
| MICHAEL GARETH ADAMS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **MICHAEL GARETH ADAMS**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:
   Failure to Appear and probable cause of violation of pretrial release conditions.

Date: 07/16/2021

Date: 2021.07.16 11:46:37 -04'00'
*Issuing officer's signature*

City and state: Washington, DC

K. Harris, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/16/21, and the person was arrested on *(date)* 1/5/23
at *(city and state)* Washington, DC.

Date: 1/6/23

*Arresting officer's signature*

Vincent Cruse  DUSM
*Printed name and title*