Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   21-430   (TJK)

MICHAEL GARETH ADAMS(1)   Category   A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  1/6/2023  from  Calendar Committee  to  Judge Timothy J. Kelly  by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Timothy J. Kelly   & Courtroom Deputy
Calendar Committee
U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk