UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-cr-00430 |
| | : | |
| **MICHAEL GARETH ADAMS,**  : | | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' SUPPLEMENT TO MOTION FOR PRETRIAL DETENTION OF DEFENDANT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully includes this addendum to its request for the pretrial detention of defendant Michael Gareth Adams. Since our motion for detention, the government has reviewed Adams's case further and coordinated with pretrial services and defense counsel. Absent a serious discovery by pretrial services in its pending report — such as troubling details relating to Adams's felony hit-and-run case in Fairfax County — the government will withdraw our motion for detention if the following conditions of release are imposed.

Adams's father should serve as his third-party custodian. Adams should be confined to his father's home, and GPS monitoring should be imposed. We expect Adams's father to appear at the detention hearing on January 13, where he can take custodial responsibility for the defendant and attest that his home will be conducive for Adams's pretrial behavior.

These conditions assuage the government's significant concern that Adams may struggle to abide by the Court's orders.

Respectfully submitted,

       MATTHEW M. GRAVES
       United States Attorney

By: */s/ Tighe R. Beach*
   Tighe R. Beach
   Colo. Bar No. 55328
   Assistant United States Attorney
   601 D Street, N.W.
   Washington, D.C. 20530
   Telephone: 240-278-4348
   Email: tighe.beach@usdoj.gov

CERTIFICATE OF SERVICE

On this 12th day of January, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/ Tighe R. Beach*
Tighe R. Beach
Colo. Bar No. 55328
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 240-278-4348
Email: tighe.beach@usdoj.gov