UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

      v.      :      21- 430-01 (TJK)

MICHAEL GARETH ADAMS  :

## STATUS REPORT AND MOTION TO SET HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Counsel hereby submits a status update as to Mr. Adams. Upon his release from the DC Department of Corrections pursuant to this Court's release order, Mr. Adams contacted the Fairfax County Detention Center and was provided instructions to report on Saturday. He did so and was seen that day by a Magistrate Judge in Fairfax County. He was released on a small monetary bond and with reporting conditions, and with a date to report back to Court on January 20, 2023. With the arrest warrant now resolved, Mr. Adams is eligible to be placed on electronic monitoring. Counsel has instructed him to report to the Pretrial Services Office by noon on Tuesday, January 17, 2023, and unless directed otherwise, will ask the Magistrate Judge who is on duty to allow him to appear there to be placed into HSP as directed by this Court.

Counsel further requests that a hearing be set before this Court in approximately 90 days to allow the defense the opportunity to review discovery and the parties to explore a pretrial disposition. Counsel requests that the time between now and the next status date be excluded from the calculations under the Speedy Trial Act.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500