UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ADAMS,<br><br>Defendant. | Case No. 21-CR-430 (TJK) |

**UNOPPOSED MOTION FOR CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

Mr. Adams, through undersigned counsel, respectfully requests a continuance of the status hearing currently scheduled for April 18, 2023 and for an exclusion of time from the Speedy Trial Act calculation until the new date. The government has tendered a plea offer to Mr. Adams that he is considering and Counsel has raised a couple of discovery issues that need to be resolved. The parties thus ask for an additional 30 days and suggest a hearing between May 15 and May 17 or between June 1 and June 14, 2023.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DFENDER

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004