IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-cr-00430 |
| | : | |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| **Michael Gareth Adams** | : | |
| | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Adams, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt.

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Michael Adams's Participation in the January 6, 2021 Capitol Riot*

8.      The defendant, Michael Adams, joined a mob who marched onto the U.S. Capitol Building Grounds near the Lower West Front.  Defendant wore a red "Trump" hat, dark jacket, blue shirt with a plaid shirt visible underneath, red, white, and blue neckwear, and carried a flag and a longboard with orange wheels.  *See Image 1 below*.



9. Defendant climbed the media tower on the Lower West Terrace and shouted with the mob. *See Image 2 below*.

Case 1:21-cr-00430-TJK   Document 33   Filed 05/22/23   Page 4 of 11



10. Defendant then climbed up to the Upper West Terrace and entered the Capitol through the breached Parliamentarian Door. At one point, Defendant stood on top of the railing next to the Parliamentarian Door. *See Image 3 below*.



11. Defendant entered the Parliamentarian's Office and saw documents, phones, and masks strewn on the floor and around the room. While inside, he also looked closely at a broken window. *See Image 4 below*. He exited the office at 2:49 p.m. Defendant was in the building near the Parliamentarian's Office from around 2:46-2:59 p.m.



12. Defendant breached the Capitol Building a second time at 3:14 p.m. through the broken window north of the Senate Wing Door. *See Image 5 below.*



13. He entered Senator Merkley's Office through an unlocked door. *See Image 6 below.*



14. Defendant remained in the building until around 3:20 p.m. Combining his two breaches of the Capitol Building, Defendant was inside for at approximately 19 minutes and entered at least two offices.

15. At around 4 p.m., Defendant remained on the Upper West Terrace and stood a few rioters away from a line of police officers wearing riot helmets and shields.

16. At 4:21 p.m., Defendant was still on the Upper West Terrace and encountered law enforcement officers who direct him to leave. *See Image 7 below*.



17. At approximately 4:25 p.m., Defendant was still on the Upper West Terrace and witnessed a line of police officers advance and use teargas while attempting to clear the area.

18. But Defendant did not leave the grounds at that point. He continued around the Capitol Building to the North and East and approached the North Door. Defendant stood a few feet from the door as a law enforcement officer oversaw rioters leaving through the door. *See Image 8 below*.



19. Defendant was within the restricted area on Capitol Grounds for at least two hours, likely longer. He was still near the Capitol after dark.

20. On January 6, 2021, the defendant engaged in parading, demonstrating, or picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). Specifically, the defendant knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and the defendant paraded, demonstrated, or picketed.

### *Michael Adams was a Fugitive from July 16, 2021 to January 5, 2023*

21. On June 28, 2021, Magistrate Harvey reviewed Pretrial Services Agency Status Report 11 — which notes that Adams had an open warrant in Fairfax County, Virginia issued on May 9 — and ordered that Adams self-surrender by June 30. Adams failed to self-surrender in Fairfax County and later did not appear for arraignment before Judge Timothy J. Kelly on July 8, 2021. After receiving a personal recognizance bond, Adams failed to appear for arraignment/status conference on July 16, 2021. At that hearing, Judge Kelly issued a bench warrant. On June 7, 2022, Adams's case was reassigned to the Calendar Committee since he had been a fugitive since July 16, 2021.

22. Adams remained a fugitive until he self-surrendered on January 5, 2023 — nearly a year and a half after Judge Kelly issued the bench warrant.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> United States Attorney
> D.C. Bar No. 481052
>
> By: */s/ Tighe R. Beach*
> Tighe R. Beach
> Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Michael Adams, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5/15/2023

Michael Adams
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/15/2023

Shelli Peterson
Attorney for Defendant