Judge Timothy Kelly

E. Barrett Prettyman United States Courthouse

333 Constitution Ave. NW, Washington, DC 20001

Dear Judge Timothy Kelly,

I am writing to testify of what I've seen in Michael Gareth Adams, whom we affectionately call Gareth. I had the privilege of meeting Gareth in the Spring of this year, and he has been an incredible blessing to me and our church. I am fully conscious of the severity of the crimes he has been charged with and plead guilty to, and yet I do not see that man in him any longer. As a Christian Pastor, I believe that the death, burial, and resurrection of the Lord Jesus offers every human being the opportunity to live a new life as a new creation in Christ; old things have passed away, and behold, all things are new. (2 Corinthians 5: 17)

Since I've known Gareth, he has been one of the most sincere, responsible, and honest young Christian men I've known. He is always early for church gatherings, ready and attentive, willing to learn and grow in the things of God. When I discuss his professional life, he is humble and willing to learn and grow as a young man, working honestly for his wages and being content with what he earns. He carries a burden in his heart for his family and loved ones and is always willing to sacrifice his time and efforts for another person's needs. If every professing Christian were as humble as Gareth, I believe pastoring would be the easiest job in the world.

The crimes he committed on January 06 were indeed terrible, yet I know that Gareth has repented and turned away from his past life of sin and is not the troubled young man he was on January 06, 2021. I believe that Gareth has confessed his sins before almighty God and is determined to follow Jesus and not look back. One of this country's greatest strengths has been our judicial system, which strives to apply impartial justice. Your honor, I pray that you would see Gareth for who he is now and how much of a joy he has been to his family and community in the Lord. When I see Gareth, I see a young man who truly embodies what it means to follow Jesus.

Blessings in Christ,

David Romero
PASTOR, OVERCOMERS CHURCH

7309A Hayfield Rd. Alexandria, VA 22315