Yulisa Morales
601 Four Mile Rd Apt 121,
Alexandria, VA 22305

September 5, 2023

Honorable Judge Timothy Kelly
333 Constitution Avenue NW,
Washington, DC 20001

To The Honorable Judge Kelly,

It is with great pleasure that I am writing this letter on behalf of Mr. Michael Gareth Adams. From being a part of the Overcomers Church, I have been able to meet and establish a friendship with Mr. Adams for over a couple of months now. He has become a dear friend and a beloved brother in our church. I have heard his story and even seen how he has undergone a great transformation throughout these months. It is for this very reason that I am writing a reference letter for Mr. Adams. I understand that this matter is serious, but I hope that the court can have compassion and leniency on him.

Michael Adams has been an awesome and dependable friend and brother in the church. From the first day we met him, I saw that he was open to taking a new step to improve his life. I noticed his heart for God and his commitment to pursuing a life that involves the Lord, peace, and righteousness. In our Fellowship Fridays, Brother Michael would always provide edifying and encouraging advice to the body of Christ. He has a very teachable heart and truly demonstrates that he wants to change his life around.

In addition to seeing him grow personally and in God, I have noticed that he would be the first to arrive at our church and eager to learn more. His dedication to serving others and humility always amazes me. Mr. Adams has expressed his deep sense of remorse for his actions and I believe he will comply and give back to society.

The church and I hope that the court considers this letter at the time of his court hearing. Thank you for taking the time to read this letter.

Sincerely,

*Yulisa Morales*
Yulisa Morales