Jessica Hernandez-Zuniga
6062 Edsall Rd Apt 102,
Alexandria, VA 22304

September 11, 2023

Honorable Judge Timothy Kelly
333 Constitution Avenue NW,
Washington, DC 20001

To the Honorable Judge Kelly,

It is with great honor that I am writing this letter on behalf of Mr. Michael Gareth Adams. I met Mr. Adams when he came to a bible study at the Overcoming Church, which was about four months ago. I have been able to get to know him and build a friendship with him. I have seen how he has changed in the course of a few months. He has been honest with the church about the mistakes he has committed in the past. He sincerely regrets what he has done and is determined to live a better life. It is for this reason that I am writing this letter. I understand the weight of this matter but I hope that the court can have mercy and compassion on him.

Michael Adam is a caring and welcoming individual. When new people would join the church, he would be the first one to welcome and connect with them. He loves to encourage and point others to Christ. There was one day at Friday fellowship where one of our brothers in the church, who is 15 years old, joined us. Mr. Adams would speak life into him and would give him advice that was of the Lord. He listened and was patient with him. Not only that, but he loves to help others. When our church would have family cookouts, he was so willing to help out. He would help prepare and cook the food. He would put others first and make sure that everyone got food before he did.

It is an honor to call Michael Adams my friend and fellow brother in Christ. I have learned so much from knowing him and seeing his growth in God. He is committed to following a path that exemplifies honor, righteousness, mercy, humility, and more. He has taught me what it means to be more loving towards others and to honor Christ in everything we do.

I hope that the court takes into consideration this reference letter for Mr. Michael Gareth Adams. Thank you for taking the opportunity to read this letter.

Sincerely,

*Jessica Hernandez-Zuniga*

Jessica Hernandez-Zuniga