Your Honor Judge Timothy Kelly,

This is a heartfelt letter to you just to inform you of the changes, and one might even call it a "miracle" that has been handed to Mr Adams since Jan. of 2021.

Let Me begin by introducing to you who I am.

My name is Ali Shafiei and I am Mr. Adam's supervisor at his employer's facility. I didn't know Mr. Adam's past and his record, I needed help at my facility and when he showed up here looking for a job, he humbly accepted the conditions and our working relationship very quickly changed into a friendship.

He is a hard working person and has been a significant assistance to me at my work, helps and does what is asked of him with humility and respect.

I have seen him change in front of my very own two eyes. Words couldn't possibly describe his transformation, but he has found god, stopped drinking, and stopped smoking. He is thriving to be the best version of himself very successfully. I Hope you consider this letter and understand that I have no gains from it, but I have felt it's a civil duty of mine to inform you of his transformation and his contribution to our society.

I am also grateful for all the brave men and women who protected our house and democracy on that day and since, and also very grateful for your excellent judgment and putting our nation before one's political view and protecting our country and democracy.

Sincerely yours,

Ali Shafiei  - (703)2737370

Owner and Operator at

A+ Wheel repair and Auto Services.

9711 Fairfax Blvd.

Fairfax VA 22031