UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-430 |
| | : | |
| MICHAEL GARETH ADAMS, | : | Honorable Judge Timothy J. Kelly |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibit 1 was obtained open source from Parler. Exhibit 2 is a Metropolitan Police Department ("MPD") Body-worn Camera. Exhibits 3 and 4 are third-party video clips taken by another rioter. Exhibits 5-8 were obtained recently from the Defendant's YouTube channel. Exhibits 9-11 were obtained recently from a GiveSendGo page created by Erin Adams for her brother, the Defendant. The United States does not object to releasing these exhibits to the public. The exhibits are:

| # | File Name | Source | Length or Relevant Portion | Location Depicted |
|---|---|---|---|---|
| 1 | Parler - MountainRedneck, est 230pm | Open | 1 minute and 38 seconds | Media Tower, Lower West Terrace |
| 2 | BWC Alexa Moore (Clip) | MPD | 0:07-0:50 | NW Plaza |
| 3 | Dominic Video 4_DC Jan 6 2021_Sub_04.mp4 | Dominic's Phone | 0:12-0:39 | North Capitol Door |
| 4 | Dominic video 5_DC Jan 6 2021_Sub_05.mp4 | Dominic's Phone | 0:00-0:25 | North Capitol Door |
| 5 | Disgruntled liberal dad shows TDS is here to stay.mp4 | Gareth Adams's YouTube Channel | 1 min and 34 sec | Unknown |

| # | File Name | Source | Length or Relevant Portion | Location Depicted |
|---|---|---|---|---|
| 6 | Adams YouTube_1.PNG | Gareth Adams's YouTube Channel | Screenshot | YouTube |
| 7 | Man pepper sprayed by Capitol police at the January 6th protests.mp4 | Gareth Adams's YouTube Channel | 31 seconds | Upper West Terrace |
| 8 | December 19, 2020.mp4 | Gareth Adams's YouTube Channel | 39 seconds | Alex Jones Rally |
| 9 | Adams GiveSendGo_1.PNG | "Fight for US Patriot Michael Gareth Adams' Freedom" | Screenshot | GiveSendGo.com/Free_Gareth_Adams |
| 10 | Adams GiveSendGo_2.PNG | "Fight for US Patriot Michael Gareth Adams' Freedom" | Screenshot | GiveSendGo.com/Free_Gareth_Adams |
| 11 | Adams GiveSendGo_3.PNG | "Fight for US Patriot Michael Gareth Adams' Freedom" | Screenshot | GiveSendGo.com/Free_Gareth_Adams |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Tighe Robertson Beach*
TIGHE ROBERTSON BEACH
Colorado Bar No. 55328
Assistant United States Attorney
Tel. No. (240) 278-4348
Email: tighe.beach@usdoj.gov