UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

        v.        : Cr. No. 21-430 (TJK)

MICHAEL ADAMS :

### DEFENDANT'S MOTION TO REMOVE ANKLE MONITOR ON OCTOBER 24, 2023 TO ALLOW HIM TO SELF SURRENDER AS DIRECTED ON OCTOBER 25, 2023

    Mr. Adams has received a notice directing him to self-surrender to FCI Loretto in Pennsylvania on October 25, 2023. He is currently on location monitoring and continues to be in complete compliance. Prior to reporting as directed, he must have the ankle monitor removed by Pretrial Services. PTS advised they cannot remove it the day before he is to report without court permission. The government objects to doing so. While it is possible that having it removed on the morning he is to report will not make him late, he is concerned about potential traffic delays or trip interruptions that could cause him to be delayed. Hence, we respectfully request that the Court issue a minute order directing that Pretrial Services is authorized to remove the location monitoring device on October 24, 2023, after 3 p.m.

    Counsel respectfully notes that Mr. Adams is at no more risk of flight at 4 p.m. on October 24 than he is at 9 a.m. on October 25, 2023, or than he is at any time between now and then by simply cutting off the bracelet, which he has not done during the 9 months he has been on location monitoring. This request is simply to alleviate his anxiety about not arriving on time as directed. Nevertheless, as noted, the government objects.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

.